UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

`CLOSED`

United States of America

v.

Oscar Benigno Villegas-Pinto

Citizen of Mexico

USM#: 75399-208    DOB: 1984

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 08-15564-001M-SD

Richard L. Juarez (AFPD)
Attorney for Defendant

ICE#: A88 764 927

**THE DEFENDANT ENTERED A PLEA OF** guilty on 4/1/2008 to Count ONE of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count ONE of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of FIFTEEN (15) DAYS on Count ONE, with credit for time served.

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted    **FINE:** $    **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count ONE of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

3/31

UNITED STATES OF AMERICA
V.
Oscar Benigno VILLEGAS-Pinto
Citizen of Mexico
YOB: 1984
088764927
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 08-15564M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of m knowledge and belief.

### COUNT I

That on or about March 31, 2008, near Andrade, California in the Southern District of California Defendant Oscar Benigno VILLEGAS-Pinto, an alien, did knowingly and willfully enter the United State at a time or place other than as designated by Immigration Officers of the United States of America, i violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes   ☐ No

Signature of Complainant
Ross Andres
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

April 1, 2008                         at              Yuma, Arizona
Date                                              City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                  Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant:                Oscar Benigno VILLEGAS-Pinto

Dependents:               None

**IMMIGRATION HISTORY:**   The Defendant is an illegal alien.

**CRIMINAL HISTORY:**      None found.

**DATE LOCATION**         **OFFENSE**                          **DISPOSITION**

Narrative:    The Defendant, a citizen of Mexico and illegally within the United States, wa encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. Agen determined that the Defendant is an undocumented National of Mexico and illegally the United States.

The Defendant was transported to the Yuma station for processing. During processin questioning and computer record checks the above criminal and immigration informatic was obtained as it relates to this Defendant.

**The Defendant is being presented for prosecution proceedings under "Operatic Streamline." The Defendant entered the United States from Mexico through designated "zero tolerance zone."**

The Defendant last entered the United States illegally without inspection near Andrad California on March 31, 2008.

Charges:     8 USC§1325                          (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____April 1, 2008_____          _____
Date                                      Signature of Judicial Officer